**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| UNITED STATES | CRIMINAL ACTION |
|---|---|
| v. | |
| TEVIN MURPHY-ROBINSON | NO.  24-62 |

## O R D E R

     **AND NOW**, this 8th day of January, 2025, upon consideration of Defendant's Motion to Dismiss Count One of the Indictment (ECF No. 18), and the Government's Response thereto (ECF No. 19), it is **ORDERED** that the Motion is **DENIED**.

                         **BY THE COURT:**

                         **/s/ Hon. Kelley B. Hodge**

                            **HODGE, KELLEY B., J.**