IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | CRIMINAL ACTION |
|---|---|
| v. | NO. 24-62 |
| TEVIN MURPHY-ROBINSON | |

**O R D E R**

**AND NOW**, this 4th day of April, 2025, upon consideration of Defendant's Motion to Suppress (ECF No. 17), the Government's Response in Opposition (ECF No. 21), the parties' oral arguments, and both parties' supplemental briefs on the matter (ECF Nos. 32, 35), **IT IS ORDERED** that Defendant's motion is **GRANTED IN PART AND DENIED IN PART,** as follows:

1. The Court **GRANTS** the Motion to suppress Defendant's on-scene statements.

2. The Court **DENIES** the Motion to suppress evidence of the firearm and the post-*Miranda* stationhouse statements made by the Defendant.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
**HODGE, KELLEY B., J.**